CRAFTIQUE, INC. v. STEVENS

No. 267PA87.

Case below: 85 N.C. App. 348.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 28 July 1987.

DULL v. MUT. OF OMAHA INS. CO.

No. 291P87.

Case below: 85 N.C. App. 310.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 28 July 1987.

GLYNN v. STONEVILLE FURNITURE CO., INC.

No. 243P87.

Case below: 85 N.C. App. 166.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 28 July 1987.

HALL v. POST

No. 340PA87.

Case below: 85 N.C. App. 610.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 28 July 1987.

HATFIELD v. JEFFERSON STANDARD LIFE INS. CO.

No. 311P87.

Case below: 85 N.C. App. 438.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 28 July 1987.